THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CORINA TWIGG, an individual, Plaintiff<br><br>v.<br><br>WASHINGTON VOCATIONAL SERVICES, a Washington State entity; "DOE(S) 1-100", employees of WASHINGTON VOCATIONAL SERVICES; and "CORPORATION(S) XYZ 1-100,"    Defendants. | NO. 2:22-cv-00571-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

It is hereby stipulated and agreed by and between the parties hereto that the above-entitled matter between Plaintiff Corina Twigg and all Defendants may be dismissed with prejudice and without costs to any party.

DATED this 29th day of March 2023.

| | |
|---|---|
| SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC | AKW LAW, P.C. |
| /s Jill Smith<br>JILL SMITH, WSBA #30645<br>Attorney for Defendant WVS | /s Ada K. Wong<br>ADA K. WONG, WSBA #45936<br>Attorney for Plaintiff Corina Twigg |

**STIPULATION AND ORDER OF DISMISSAL - 1**
No. 2:22-cv-00571-JHC

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST.
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

EMAIL: mail@ssslawgroup.com

ORDER

Pursuant to the foregoing Stipulation, it is

ORDERED that the cause of action regarding Plaintiff Corina Twigg and all Defendants is hereby dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this 29th day of March, 2023.

_____
HON. JOHN H. CHUN
United States District Court

Presented By:

SIMMONS SWEENEY FREIMUND
SMITH TARDIF PLLC

 /s Jill Smith_____
JILL SMITH, WSBA #30645
Attorney for Defendants WVS


Copy Received, Approved for Entry:

AKW LAW, P.C.


 /s Ada K. Wong_____
ADA K. WONG, WSBA #45936
Attorney for Plaintiff Corina Twigg

**STIPULATION AND ORDER OF DISMISSAL - 2**
No. 2:22-cv-00571-JHC

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST.
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

EMAIL: mail@ssslawgroup.com